In the Matter of the Application of OKLA JAMES JONES, Appellant, for a Mandamus Order against AUSTIN H. MACCORMIC, Commissioner of the Department of Correction of the City of New York, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

LILLIE L. OKKERSE, Appellant, v. BERTRAM M. OKKERSE, Respondent.— Order affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

MODERN SPRINKLER CORPORATION, Respondent, v. HERMAN E. HORWOOD, Appellant, Impleaded with Others.— Orders reversed, with twenty dollars costs and disbursements, and motion for a temporary injunction denied, with ten dollars costs, and motion to vacate and set aside service of summons and complaint granted. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

NESHAN KEMATJIAN, Appellant, v. ISLAND CAB CO., INC., and Another, Defendants, Impleaded with EAST SIDE OMNIBUS CORPORATION and Another, Respondents.— Order modified by granting items 1, 2, 3 and 5, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JAMES J. DONOVAN, Suing on Behalf of Himself and All Other Stockholders of SECURITIES-ALLIED CORPORATION and on Behalf of SECURITIES-ALLIED CORPORATION, Appellant, v. ATLAS CORPORATION and Others, Defendants, Impleaded with L. BOYD HATCH and Others, Respondents.— Orders so far as appealed from granting motions of defendants L. Boyd Hatch, Oswald L. Johnston, Floyd B. Odlum, Atlas Corporation, George H. Howard and Reeve Schley for a bill of particulars modified by providing that if the plaintiff is unable to give information with respect to any of said defendants' demands he may so state under oath in lieu thereof, but, in the event that such information is later secured, he shall furnish it to said defendants within ten days prior to the commencement of the trial; and as so modified affirmed, with twenty dollars costs and disbursements to said respondents. Order so far as appealed from granting motion of defendant Thomas L. Chadbourne for a bill of particulars modified by eliminating items 6, 7, 8, 9 and 10 of the notice of motion, and by providing that if the plaintiff is unable to give information with respect to any of said defendant's demands he may so state under oath in lieu thereof, but, in the event that such information is later secured, he shall furnish it to said defendant within ten days prior to the commencement of the trial; and as so modified affirmed, with twenty dollars costs and disbursements to the said respondent. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of JAMES I. MILLER and Others, Appellants, for a Mandamus Order against WILLIAM GORHAM RICE, President, and Others, Constituting the New York State Civil Service Commission, and Others, Respondents.— Order reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.